# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Susan Guon

                    Plaintiff,

v.                                        Case No.: 1:16–cv–03840
                                               Honorable Thomas M. Durkin

John Q Cook, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 15, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 6/15/2018. This action is hereby dismissed without prejudice with leave to move to reinstate on or before 7/30/2018. Absent a timely filed motion to reinstate or extend the time in which to reinstate, this dismissal order will become final with prejudice on 7/31/2018 without further order of the Court. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.